WILLIAM McMULLAN, Plaintiff in Error, *v.* JAMES A. ABBOTT, Defendant in Error.

*Error to Josephine.*

A *non*-negotiable promissory note is not entitled to days of grace.

*Kelsay*, for plaintiff in error.

*Dowell*, for defendant in error.

JUDGMENT was rendered in the court below in favor of James A. Abbott, against William McMullan, upon a promissory note, of which the following is a copy, to wit:

"On or before the 25th day of January, A. D. 1859, I promise to pay A. Delany the sum of one hundred and seventy-five dollars, for value received.

WILLIAM McMULLAN."

Per WAIT, C. J.  It is insisted by McMullan, that he was entitled to days of grace upon this note, and this is the only question arising in the case.  Suit was commenced on "the 26th day of January, A. D. 1859;" and hence, if McMullan

was entitled to days of grace, the demurrer was well taken, for the reason that the suit was prematurely brought.

By the law merchant, if a promissory note was *negotiable* and payable on a day certain in the future, it was entitled to grace; if not negotiable, it was not entitled to grace. (*Edwards on Promissory Notes, section 3, page 44.*)

Our statute is an affirmance of the law merchant in this respect.

The note in question is not a negotiable promissory note, and grace could not be claimed upon it.

The judgment below is affirmed.